

COURT OF APPEALS FOR THE

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Lost Creek Ventures, LLC d/b/a Happy Bulldog Management;
                         Stephan Epstein; and Marilyn Roth Epstein v. Alan Pilgrim

Appellate case number:   01-15-00375-CV

Trial court case number: C-1-CV-12-007660

Trial court:             County Court at Law No. 2 of Travis County

On December 15, 2015, Appellee Alan Pilgrim filed a motion to dismiss Appellant Lost Creek Ventures LLC from this appeal on the basis that a non-attorney corporate officer cannot represent a corporation "pro se." On December 23, 2015, Lost Creek Ventures filed a response indicating that it has retained a licensed attorney to represent it in this appeal. Accordingly, the motion to dismiss Lost Creek Ventures from this appeal is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                   ☒ Acting individually

Date: December 31, 2015